UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO: 3:06-bk-02982-PMG

WORTHINGTON CONSTRUCTION CO., INC.,

Debtor.

## NOTICE OF DEPOSITING FUNDS TO COURT UNCLAIMED FUND ACCOUNT

The Chapter 7 trustee, Aaron R. Cohen, reports that more than ninety days have passed and the following check has not been presented for payment.

| CLAIM NUMBER | CREDITOR NAME AND ADDRESS | CLAIM AMOUNT | AMOUNT OF CHECK | CHECK NUMBER |
|---|---|---|---|---|
| 15 | Farris Excavating<br>c/o Stokes Rutherford<br>PO Box 2644<br>Knoxville, TN 37901 | $112,538.17 | $8,290.27 | 1021 |

Pursuant to 11 U.S.C. §347(a), the Trustee has stopped payment on the check. A copy of this Report and the original check have been mailed to the attention of Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727, Tampa, Florida 33602.

DATED: March 9, 2010.

/s/ Aaron R. Cohen

Aaron R. Cohen
PO Box 4218
Jacksonville, FL 32201
(904) 389-7277 / (904) 389-7273 fax
Florida Bar No. 558230
Chapter 7 Trustee

I CERTIFY that a copy of the foregoing was furnished by U.S. Mail, postage prepaid, this 9 day of March 2010 to the following: Farris Excavating, c/o Stokes Rutherford, PO Box 2644, Knoxville, TN 37901; Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727, Tampa, FL 33602,; Worthington Construction Co, Inc., 1606 NE 10th Street, Ocala, FL 34475; and by CM/ECF electronic notice to Laurence A. Steel, Atty for Debtor, and the Office of the United States Trustee.

/s/ Aaron R. Cohen

_____

Aaron R. Cohen