UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
APR 29 2010
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:　　　　　　　　　　　　　　　　　Case No. 3:06-bk-02982-PMG

Worthington Construction Co., Inc.,

　　　Debtor

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a __✓__ creditor _____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: _____

---

Name of Claimant: __Farris Excavating__

Mailing Address: __P.O. Box 2644__

City: __Knoxville__　State: __TN__　Zip Code: __37901__

Telephone Number: Home: _____ Work: __865-694-4038__

Last Four Digits of (SS#) or Tax ID Number: __-9166__

Amount of Claim: __$8,290.27__

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____　　　　　__4-19-2010__
CLAIMANT'S SIGNATURE　　　　　　　　　　　DATE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this the foregoing document has been served upon all counsel of interest in this case, by delivering a true and exact copy to the offices of counsel of record shown at the addresses below or by placing a copy in the United States mail, first-class postage prepaid.

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

Ms. Susan Magaditsch
Financial Manager
United States Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 727
Tampa, FL 33602

This the __27__ day of __4_____, 2010.

_____
**Robert R. Davies**

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

In Re:  Case No. 3:06-bk-02982-PMG

Worthington Construction Co., Inc.,

    Debtor

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Farris Excavating, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $8,290.27 to Farris Excavating (and mailed to its attorney, Robert R. Davies, Stokes Williams Sharp & Davies, P.O. Box 2644, Knoxville, Tennessee 37901).

**DATED:**

_____

UNITED STATES BANKRUPTCY JUDGE

Copy furnished to Financial Administrator

United States Attorney

# STOKES WILLIAMS SHARP & DAVIES

ATTORNEYS AT LAW

| | | |
|---|---|---|
| Billy J. Stokes* | 920 Volunteer Landing Lane, Suite 100 | Mailing: |
| Herbert B. Williams* | Knoxville, TN 37915 | P. O. Box 2644 |
| Ellis A. "Sandy" Sharp | | Knoxville, TN 37901 |
| Robert R. Davies | (865) 544-3833 | Fax: (865) 544-1849 |
| Jon M. Cope | | |
| Mary Jo Mann | | *Tennessee Supreme Court |
| Zachary B. Tenry | | Listed Mediator |
| Hudson T. Ellis | | |

April 27, 2010

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

In Re:

**Worthington Construction Co,. Inc., Debtor**
**Case No. 3:06-bk-02092-PMG**

Dear Sir/Madam:

Enclosed is a Motion for payment of Unclaimed Funds and a proposed Order Directing Release of Unclaimed Funds concerning the captioned matter. I would appreciate your processing these documents.

Should you have any questions or need further information, please do not hesitate to call or write me at the address and phone number listed in the letterhead above.

Thank you for your time and assistance in this matter.

Yours truly,

Robert R. Davies

RRD:ljd
Enclosures
Cc:  U.S. Attorney – Tampa, FL – Copy of Letter and Enclosures
     Ms. Susan Magaditsch, Financial Manager – Copy of Letter and Enclosures